NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARY A. JARDIN,**
*Plaintiff-Appellant,*

v.

**DATALLEGRO, INC.,**
*Defendant-Appellee,*

AND

**STUART O. FROST,**
*Defendant-Appellee.*

---

2011-1474

---

Appeal from the United States District Court for the Southern District of California in case no. 08-CV-1462, Chief Judge Irma E. Gonzalez.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for an extension of time, until September 20, 2011, for the appellant to file his opening brief, for an extension of time, until November 23,

2011, for the appellees to file their brief, and for an extension of time, until December 21, 2011, for the appellant to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John C. Herman, Esq.
Juanita R. Brooks, Esq.
Colin C. Holley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK